**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| IN RE: D.S. | : | No. 342 MAL 2019 |
| | : | |
| | : | |
| PETITION OF: D.S. | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of November, 2019, the Petition for Allowance of Appeal is **DENIED**.